**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
March 13, 2009

Charles R. Fulbruge III
Clerk

No. 08-10651
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

RODOLFO TURRUBIARTES-HERNANDEZ

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:08-CR-66-ALL

Before KING, DENNIS, and OWEN, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Rodolfo Turrubiartes-Hernandez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Turrubiartes-Hernandez has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.